FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of ~~GEORGIA~~ *Florida*

_MATTHEW J CHOY_

FILED BY_____ D.C.

**JUL 2 2 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

(Enter above full name of plaintiff or plaintiffs)

v.

_WAYNE ROSEN_

(Enter above full name of defendant or defendants)

I.     Previous lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?       Yes _____ No _X_

        If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to this previous lawsuit:

            Plaintiffs: _____

            Defendants: _____

        2.    Court (if federal court, name the district; if state court, name the county):

            _____

        3.    Docket number: _____

        4.    Name of judge assigned to case: _____

5.  Disposition
    (for example, was the case dismissed? appealed? is it still pending?):

    _____

6.  Approximate date of filing lawsuit:   _____

7.  Approximate date of disposition:    _____

8.  Were you allowed to proceed *in forma pauperis* (without prepayment of
    fees)?                                    Yes _____  No _____

B.  While incarcerated or detained in any facility, have you brought any lawsuits in
    federal court which deal with facts other than those involved in this action?
                                              Yes _____  No __✗__

    If your answer to B is yes, describe each lawsuit in the space below. (If there is more
    than one lawsuit, describe the additional lawsuits on another piece of paper, using the
    same outline.)

    1.  Parties to previous lawsuit:

        Plaintiffs:    _____

        Defendants:    _____

    2.  Court (name the district):

        _____

    3.  Docket number:      _____

    4.  Name of judge assigned to case: _____

    5.  Disposition
        (for example, was the case dismissed? appealed? is it still pending?):

        _____

    6.  Approximate date of filing lawsuit:   _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                          Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?                                  Yes _____ No _____

1. If your answer to C is yes, name the court and docket number for each case:

_____   _____
_____   _____
_____   _____
_____   _____

II. Place of present confinement: _____

A. Is there a prisoner grievance procedure in this institution? Yes ____ No _✗_

B. Did you present the facts relating to your complaint to the appropriate grievance committee?                                          Yes ____ No _✗_

C. If your answer to B is yes:

1. What steps did you take? _____
_____
_____
_____
_____

2. What was the result? _____
_____
_____
_____
_____

3.      Did you appeal any adverse decision to the highest level possible in the administrative procedure?                                   Yes ____ No _X_

If yes, what was the result? _____
_____
_____
_____
_____

D.      If you did not utilize the prison grievance procedure, explain why not: _____
_____
_____
_____


III.   Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A.      Name of plaintiff:     _MATTHEW CHOY_____
Address:                 _FCC Yazoo City, Low_____
                         _PO Box 5000_____
                         _Yazoo City, MS  39174_____

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B.      Name of defendant:     _WAYNE ROSEN_____
Position:                _____
Place of employment:     _____
Current address:         _____
                         _____

C.      Additional defendants:  _____
_____
_____
_____
_____
_____

4

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In 2019, MR WAYNE Rosen wrote an artical in the Keys gate bulliten threatening to turn the Keys Gate Golf Course into "Low income" housing, knowing this would devalue the homes, a violation of the interstate communications section 875(D)

This Action made all my real estate marketing, listings, and sales (I had a listing and sale on the mls) fall out of contract, and has created a surplus of inventory in the fairways because of the links of the golf course (or whatever they decide to do with the land owned by Mr Rosen) and the information put out in the article.

5

V.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

$1,000,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _20_ day of _July_ , 2021 .

Prisoner No. _2630904_

_(Signature of Plaintiff)_

6

MATTHEW CHH 20309124
FCC YAZOO City Low
PO BOX 5000
YAZOO City, MS 39194

CLERK OF Court
400 N Miami Au
Miami, FL 33125

33128-771999

USMS
INSPECTED   RECEIVED